United States District Court
Southern District of Texas
FILED

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

JUN 2 2 2001

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

Clerk of Court

## I. (a) PLAINTIFFS

*Jose Martinez*

## DEFENDANTS

*Cameron County Irrigation District #2*   **B-01-107**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   *Cameron*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   *Cameron*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE.   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Ruben Pena
222 W. Harrison
Harlingen, Tx 78550
(956) 425-3520*

ATTORNEYS (IF KNOWN)   *Ricardo J. Navarro
222 E. Van Buren #405
Harlingen, Tx 78550
(956) 421-4901*

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☑ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | USC 881 | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | Safety/Health | | Exchange |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Report- | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ing & Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | ☑ 442 Employment | Sentence | ☐ 740 Railway Labor Act | or Defendant) | Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | | ☐ 871 IRS – Third Party | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | 26 USC 7609 | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc | | Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

*Plaintiff alleges he suffered an adverse employment action for exercising his freedom of speech rights under the federal Constitution.*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   *6/21/01*

SIGNATURE OF ATTORNEY OF RECORD   *Maura F. Mi*

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE M. MARTINEZ | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. **B-01-107** |
| | § | |
| CAMERON COUNTY IRRIGATION | § | |
| DISTRICT NO. 2. | § | |
| | § | |

## DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT NO. 2'S NOTICE OF REMOVAL

May It Please the Court:

NOW COMES, the CAMERON COUNTY IRRIGATION DISTRICT NO. 2., DEFENDANT (hereafter "DEFENDANT CCID#2" or "CCID#2") and files this Notice of Removal to the U.S. District Court for the Southern District of Texas, Brownsville Division, from a lawsuit filed in the 138TH Judicial District Court for the State of Texas, in Cameron County, Texas styled and numbered as indicated in the pleadings attached as exhibits to this notice.

1. Plaintiff filed his Original Petition on May 23, 2001, in the 138th Judicial District Court, sitting in Cameron County, Texas, identified as Cause No. 2001-05-002449-B.

2. Plaintiff's Original Petition names the Cameron County Irrigation District #2, as a defendant.

3. Plaintiff served his Original Petition on DEFENDANTS CCID#2 on or about May 29, 2001.

Defendant CCID#2's Notice of Removal                                    Page 1

4.   Plaintiff's lawsuit complains of DEFENDANT'S decision to terminate his employment due to harassment, discrimination and political retaliation.

5.   More specifically, Plaintiff's Original Petition provides in pertinent part as follows:

> B.      Plaintiff suffered retaliation for expressing his views when asked by members of the Defendant board of directors. Plaintiff's employer retaliated against Plaintiff for expressing unpopular and contrary views to those of management. As a result, Plaintiff was punished for exercising his **freedom of speech in violation of his common law rights as well as his rights under the Texas and federal constitutions**.

See Plaintiff's Original Petition at p. 3 (emphasis added).

6.   The Plaintiff's Petition is the first paper of any kind filed by Plaintiff reflecting an intention to pursue a federally based claim, here, a claim for violation of freedom of speech under the federal constitution, which necessarily comes under the U.S Constitution's 1st Amendment.

7.   It is, therefore, apparent on the face of the Original Petition that the this document constitutes an initial pleading that places DEFENDANT on notice of an intention to pursue a federally based claim, as per 28 U.S.C. §1446(b).

8.   This removal action is also brought under 28 U.S.C. §1331, involving a civil action brought in state court in which a United States District Court has original jurisdiction to consider a claim or right arising under the United States Constitution.

9.   Further, this Court has jurisdiction over any state-law based claims pursuant to its supplemental jurisdiction under 28 U.S.C. §1367.   Therefore, this suit is hereby removed to the Brownsville Division of the United States District Court-Southern District of Texas.

10.  Copies of all pleadings and process filed in the state court proceeding are attached hereto and incorporated by reference, including a certified copy of the state court's docket sheet pertaining to this case.  See Index to Exhibits.

11.  Notice of this removal action has been given to Plaintiff and to the 138th Judicial District Court contemporaneously with the filing of this Notice.  See Index to Exhibits.

12.  For judicial economy, the entire case, including any issues raised under the Court's supplemental jurisdiction should be tried in U.S. District Court.

13.  This removal action is timely filed within thirty days of DEFENDANT'S receipt of an initial pleading containing a federally based claim or cause of action. DEFENDANT has not done anything to divest this Court of removal jurisdiction over this lawsuit.

14.  DEFENDANT has otherwise complied with the removal requirement of Local Rule 81, including the $150 removal filing fee.  See Index to Exhibits.

## CONCLUSION & PRAYER

THEREFORE, for the foregoing reasons, DEFENDANT CCID#2 hereby removes this action pursuant to federal law and prays that the Court sustain this removal from the 138th Judicial District Court in Cameron County, Texas, to the United States District Court, Southern District of Texas, Brownsville Division, to determine all issues of fact and law.   DEFENDANT CCID#2  further requests that the Court grant any and all other relief to which it may show itself justly entitled.

SIGNED on this 21st day of June, 2001.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By:  _____
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953


By:  _____
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___21st___ day of June, 2001.

Mr. Ruben R. Pena                    **By CMRRR 7000 1670 0013 4633 9600**
LAW OFFICES OF RUBEN R. PENA, P.C.
222 W. Harrison
Harlingen, Texas 78550
COUNSEL FOR PLAINTIFF


                                    _____
                                    RICARDO J. NAVARRO
                                    MAURO F. RUIZ

Defendant CCID#2's Notice of Removal                        Page 5

EXHIBIT

Case 1:01-cv-00107   Document 1   Filed in TXSD on 06/21/2001   Page 8 of 39

# CERTIFIED COPY

CAUSE NO. *200-05-002449-B*, *9:00* O'CLOCK *A* M

DORA DE _ GARZA DIST CLERK

| | | |
|---|---|---|
| JOSE M. MARTINEZ | § | IN THE *138th* JUDICIAL  MAY 2 3 2001 |
| | § | |
| v. | § | |
| | § | DISTRICT COURT OF  *District of Cameron County, Texas* |
| CAMERON COUNTY IRRIGATION | § | |
| DISTRICT NO. 2 | § | CAMERON COUNTY, TEXAS |

---

## *PLAINTIFF'S ORIGINAL PETITION*

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **JOSE M. MARTINEZ**, hereinafter referred to as plaintiff, complaining of CAMERON COUNTY IRRIGATION DISTRICT NO 2, (hereinafter referred to as "The District") Defendant.

Pursuant to Rule 216 of the Texas Civil Procedure, PLAINTIFF DEMANDS A JURY TRIAL. For cause of action, Plaintiff would show the following:

I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleas that he seeks monetary relief aggregating more than $50,000.

II.

### PARTIES

Plaintiff, JOSE M. MARTINEZ, is a resident of Cameron County, Texas.

The Defendant, **CAMERON COUNTY IRRIGATION DISTRICT #2**, is a political subdivision of the State of Texas and may be served by serving its manager, Sonia Kaniger at 216 S. Sam Houston, San Benito, Texas 78586.

III.

This cause of action arises under TEX. Labor Code § 21.001 et seq., otherwise known as the Texas Commission of Human Rights Act (TCHRA), and the Texas and U.S. Constitutions.

RRP nez
marintez.jose moPet 1
Plaintiff's Original Petition

# CERTIFIED COPY

## IV.

## FACTUAL ALLEGATIONS

The injuries and damages suffered by the plaintiff and made the basis of this action arose out of a series of occurrences which culminated on or about May 25, 2000 in Cameron County, Texas.

**JOSE M. MARTINEZ** was an employee of the Defendant on or about May, 2000. Plaintiff is a Hispanic male who was hired to work for the Defendant. Plaintiff worked for **CAMERON COUNTY IRRIGATION DISTRICT #2.**

Plaintiffs was discriminated in the following manner:

(1)     Plaintiff was harassed, discriminated, humiliated, and was retaliated;

(2)     Plaintiff was discharged with the pretext that he was not following chain of command because Plaintiff would talk to board members; and

(3)     Plaintiff was expected to work under a hostile work environment.

On April 19, 2000, Plaintiff **JOSE M. MARTINEZ** injured his back while lifting and loading pipes unto a truck during his employment. Plaintiff sought medical attention due to his injuries. Approximately one month after his return to work, Plaintiff's employment was terminated with the pretext that he was not following chain of command.

## V.

At all times relevant to these actions, Defendant **CAMERON COUNTY IRRIGATION DISTRICT #2** was an "employer" as that term is defined under the Texas Human Rights Act.

All these incidences continued to such a point that the Plaintiff was terminated.

Plaintiff would further show that his termination was brought about due to his race and ethnic origin and retaliation. All being in violation of the Texas Commission on Human Rights Act.

## V.

Plaintiff has satisfied all prerequisites to this suit, including exhausting all required administrative remedies.

Within 180 days of the occurrence of the acts complained of, Plaintiff filed his original verified complaint with the Texas Commission on Human Rights, alleging that the Defendant had

# CERTIFIED COPY

committed unlawful employment practices against the Plaintiff in violation of the Texas Commission on Human Rights Act.

On March 2, 2001, Plaintiff received from the Texas Commission on Human Rights his "Notice of Right to File a Civil Action", giving Plaintiff notice of his right to file a civil action against the Defendant within 60 days of its receipt. A copy of this notice is attached and incorporated by reference as Exhibit "A".

## CAUSES OF ACTION

### VI.

A. Defendant's supervisors' actions in constructively harassing Plaintiff constituted discrimination against Plaintiff on the basis of race and national origin, in violation of the Texas Human Rights Act. As a result, Plaintiff has lost wages and benefits of employment.

B. Plaintiff suffered retaliation for reporting his work injuries to the company, seeking medical attention, and for expressing his views when asked by members of the Defendant board of directors. Plaintiff's employer retaliated against Plaintiff for having reporting work injuries, seeking medical attention, and expressing unpopular and contrary views to those of the management. As a result, Plaintiff was punished for exercising his freedom of speech in violation of his common law rights as well as his rights under the Texas and federal constitutions.

### VII.

## PUNITIVE DAMAGES

Defendant **CAMERON COUNTY IRRIGATION DISTRICT NO. 2** did not secure a safe working atmosphere in securing that the pipes would not become loose and easily slide out from where they were being kept, constitutes such gross negligence and such wilful disregard for the rights and safety of Plaintiff, **JOSE M. MARTINEZ** and of the public that punitive damages in an amount large enough to punish Defendant and deter it from such conduct should be assessed.

### VIII.

## RELIEF REQUESTED

Plaintiff is entitled to recover declaratory and injunctive relief, including back pay (wages and benefits), and front pay. Plaintiff has also had to employ an attorney to vindicate his rights

# CERTIFIED COPY

under the law, and seek reasonable and necessary attorneys' fees. In addition, Plaintiff seeks to recover prejudgment and postjudgment interest, and costs. All of Plaintiff's claims are within the jurisdictional limits of this Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to cause the Defendant to appear and answer in this Court, and that upon final hearing, the Court grant Plaintiff the following relief:

1.  Grant Plaintiff's injunctive relief enjoining the Defendant, its agents, successors, employers, and those acting in concert with them or at their discretion from continuing to abridge the rights of Plaintiffs;

2.  Grant Plaintiff's front pay;

3.  Grant Plaintiff's back pay and all increments and all other lost benefits;

4.  Grant Plaintiff's punitive damages;

5.  Grant Plaintiff's compensatory damages;

6.  Grant Plaintiff's prejudgment interest; and

7.  Grant Plaintiff's reasonable attorney's fees, together with their costs and such other and further relief as appears just and equitable in the circumstances of this case.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile : (956) 412-8282

BY:

RUBEN R. PEÑA
State Bar No. 15740900
Cameron County I.D. No. 285801

ATTORNEYS FOR PLAINTIFF

RRP.uez
m.unntez.jose moPet 1
Plaintiff's Original Petition                    Page -4-

# CERTIFIED COPY

## JURY DEMAND

TO THE HONORABLE CLERK OF SAID COURT:

    Plaintiff hereby demands a jury trial.

RUBEN R. PEÑA



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 6-19-01
DEPUTY

RRP.nez
marintez.jose moPet l
Plaintiff's Original Petition          Page -5-

CutePDF - www.fastio.com

CERTIFIED COPY

# EXHIBIT "A"

CVisPDF – www.fastio.com



6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr

**CERT  IED COP**

(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS



## NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:    Jose M. Martinez  vs. Cameron County Irrigation District #2

TCHR Complaint Number:  202A10057-S

EEOC Charge:  360A10015

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.**

The United States Supreme Court has held in <u>Kremer v. Chemical Construction Corporation</u>, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - <u>et seq</u>.

Sincerely,

*Katherine a Antwi*

Katherine A. Antwi
Interim Executive Director

xc:    Respondent

## CERTIFIED COPY



*Law Office*
*of*
*Rubén R. Peña P.C.*



FILED ___ O'CLOCK ___
AURORA DE LA GARZA DIST. CLER
MAY 23 2001
DISTRICT COURT OF CAMERON COUNTY TEXA
CERTIF

May 17, 2001

Mrs. Aurora De La Garza
**Cameron County District Clerk**
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas  78523-3570

      Re:   *Jose M. Martinez v. Cameron County Irrigation District No. 2*

Dear Mrs. De La Garza:

      Enclosed, for filing, please find the original and a copy of the first page of **Plaintiff Jose M. Martinez' Original Petition** regarding the above-referenced matter.  Please return the copy with your "file" mark stamped on it in the enclosed envelope.  Also enclosed please find our firm check in the amount of $253.00 for filing fees, issuance and service of citation by the sheriff's department, and jury fee.

      The Defendant may be served at the address indicated on Plaintiff's Original Petition.

      Thank you for your assistance.  With kindest regards, I remain

           Very truly yours,

           **LAW OFFICES OF RUBEN R. PEÑA, P.C.**

           BY:_____
               RUBEN R. PEÑA

RRP:nez
Enclosures

*222 W. Harrison  Harlingen, TX 78550  P.O. Box 530160*
*(956) 412-8200  1-800-807-1879  Fax (956) 412-8282  Riolaw1@aol.com*



# CERTIFIED COPY

Citation for Personal Service  - GENERAL                    Lit. Seq. # 5.002.01

## No. 2001-05-002449-B

ORIGINAL

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CAMERON COUNTY IRRIGATION DISTRICT NO.2
    BY SERVING ITS MANAGER
    SONIA KANIGER
    216 S. SAM HOUSTON
    SAN BENITO,TEXAS 78586

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on __ MAY 23, 2001 __. A copy of same accompanies this citation.

The file number of said suit being No. 2001-05-002449-B.

The style of the case is:

JOSE M. MARTINEZ
VS.
CAMERON COUNTY IRRIGATION DISTRICT NO.2

Said petition was filed in said court by _____ HON. RUBEN R. PENA _____
(Attorney for _____ PLAINTIFF _____), whose address is
P.O. BOX 530160 HARLINGEN, TEXAS  78550

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 24th day of ___ MAY ___, A.D. 2001.

AURORA DE LA GARZA           , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

by _____, Deputy
Eloisa Guerrero

EXHIBIT *C*

Case 1:01-cv-00107   Document 1   Filed in TXSD on 06/21/2001   Page 19 of 39

```
RUN DATE 06/19/01                                                    PAGE: 01
RUN TIME  9:20 AM                                          2001-05-002449-B

        *  *  *  C L E R K ' S   E N T R I E S   *  *  *

                      00285801
                      HON. RUBEN R. PENA                          05    23    01
                      P.O. BOX 530160
                      HARLINGEN, TEXAS        78550 0000

JOSE M. MARTINEZ                          (10)                         30.00

        VS                                DAMAGES

CAMERON COUNTY IRRIGATION DISTRICT NO.2

                                                         LAW OFFICES
                                                    OF RUBEN R. PENA, P

                      05/23/01  ORIGINAL PETITION FILED
                      05/23/01  JURY FEE: Pd. by HON. RUBEN R. PENA
                      05/24/01  CITATION: CAMERON COUNTY IRRIGATION
                                DISTRICT NO.2
                      05/24/01     SERVED: 05/29/01    FILED: 05/31/01
```

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE
BY                              DEPUTY

DISTRICT COURT ★ CAMERON COUNTY, TEXAS

CERTIFIED COPY



## NO.2001-05-2449-B

| | | |
|---|---|---|
| JOSE MARTINEZ | * | IN THE DISTRICT COURT OF |
| | * | |
| VS | * | CAMERON COUNTY, TEXAS |
| | * | |
| CAMERON COUNTY IRRIGATION | * | 138TH JUDICIAL DISTRICT |
| DISTRICT NO. 2. | * | |
| | * | |

### NOTICE OF REMOVAL TO FEDERAL COURT

May it Please the Court:

COMES NOW, DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT NO. 2.

(hereafter "DEFENDANT") and, in accordance with 28 U.S.C. §1446(b),

hereby gives this Notice of Removal of the above styled and

numbered cause from the 138th Judicial District Court of Cameron

County, Texas, to the United States District Court for the Southern

District of Texas - Brownsville Division.

SIGNED on this 18th day of June, 2001.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _Ricardo J. Navarro_
RICARDO J. NAVARRO
State Bar No. 14829100
MAURO F. RUIZ
State Bar. No. 24007960

Defendant CCID#2"s' State Court Notice of Removal                    Page 1

# CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 18th day of June , 2001.

Mr. Ruben R. Pena                    **By CMRRR 7000 1670 0013 4634 0514**
LAW OFFICES OF RUBEN R. PENA, P.C.
222 W. Harrison
Harlingen, Texas 78550
COUNSEL FOR PLAINTIFF

RICARDO J. NAVARRO
MAURO F. RUIZ

r:\martinezj\removnot.ste

Defendant CCID#2"s' State Court Notice of Removal                    Page 2

EXHIBIT

Case 1:01-cv-00107   Document 1   Filed in TXSD on 06/21/2001   Page 24 of 39

# CERTIFIED COPY

CAUSE NO. 2001-05-002449-B, 9:00 O'CLOCK ___ M

DORA DE ___ GARZA DIST. CLERK

| | | |
|---|---|---|
| JOSE M. MARTINEZ | § | IN THE 138th JUDICIAL |
| | § | MAY 23 2001 |
| v. | § | |
| | § | DISTRICT COURT OF |
| CAMERON COUNTY IRRIGATION | § | ___ COURT OF CAMERON CO ___ TEXAS |
| DISTRICT NO. 2 | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **JOSE M. MARTINEZ**, hereinafter referred to as plaintiff, complaining of CAMERON COUNTY IRRIGATION DISTRICT NO. 2, (hereinafter referred to as "The District") Defendant.

Pursuant to Rule 216 of the Texas Civil Procedure, PLAINTIFF DEMANDS A JURY TRIAL. For cause of action, Plaintiff would show the following:

I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleas that he seeks monetary relief aggregating more than $50,000.

II.

### PARTIES

Plaintiff, JOSE M. MARTINEZ, is a resident of Cameron County, Texas.

The Defendant, **CAMERON COUNTY IRRIGATION DISTRICT #2,** is a political subdivision of the State of Texas and may be served by serving its manager, Sonia Kaniger at 216 S. Sam Houston, San Benito, Texas 78586.

III.

This cause of action arises under TEX. Labor Code § 21.001 et seq., otherwise known as the Texas Commission of Human Rights Act (TCHRA), and the Texas and U.S. Constitutions.

RRP·nez
martinez,jose moPet 1
Plaintiff's Original Petition

# CERTIFIED COPY

## IV.

## FACTUAL ALLEGATIONS

The injuries and damages suffered by the plaintiff and made the basis of this action arose out of a series of occurrences which culminated on or about May 25, 2000 in Cameron County, Texas.

**JOSE M. MARTINEZ** was an employee of the Defendant on or about May, 2000. Plaintiff is a Hispanic male who was hired to work for the Defendant. Plaintiff worked for **CAMERON COUNTY IRRIGATION DISTRICT #2.**

Plaintiffs was discriminated in the following manner:

(1)     Plaintiff was harassed, discriminated, humiliated, and was retaliated;

(2)     Plaintiff was discharged with the pretext that he was not following chain of command because Plaintiff would talk to board members; and

(3)     Plaintiff was expected to work under a hostile work environment.

On April 19, 2000, Plaintiff **JOSE M. MARTINEZ** injured his back while lifting and loading pipes unto a truck during his employment. Plaintiff sought medical attention due to his injuries. Approximately one month after his return to work, Plaintiff's employment was terminated with the pretext that he was not following chain of command.

## V.

At all times relevant to these actions, Defendant **CAMERON COUNTY IRRIGATION DISTRICT #2** was an "employer" as that term is defined under the Texas Human Rights Act.

All these incidences continued to such a point that the Plaintiff was terminated.

Plaintiff would further show that his termination was brought about due to his race and ethnic origin and retaliation. All being in violation of the Texas Commission on Human Rights Act.

## V.

Plaintiff has satisfied all prerequisites to this suit, including exhausting all required administrative remedies.

Within 180 days of the occurrence of the acts complained of, Plaintiff filed his original verified complaint with the Texas Commission on Human Rights, alleging that the Defendant had

# CERTIFIED COPY

committed unlawful employment practices against the Plaintiff in violation of the Texas Commission on Human Rights Act.

On March 2, 2001, Plaintiff received from the Texas Commission on Human Rights his "Notice of Right to File a Civil Action", giving Plaintiff notice of his right to file a civil action against the Defendant within 60 days of its receipt. A copy of this notice is attached and incorporated by reference as Exhibit "A".

## CAUSES OF ACTION

### VI.

A. Defendant's supervisors' actions in constructively harassing Plaintiff constituted discrimination against Plaintiff on the basis of race and national origin, in violation of the Texas Human Rights Act. As a result, Plaintiff has lost wages and benefits of employment.

B. Plaintiff suffered retaliation for reporting his work injuries to the company, seeking medical attention, and for expressing his views when asked by members of the Defendant board of directors. Plaintiff's employer retaliated against Plaintiff for having reporting work injuries, seeking medical attention, and expressing unpopular and contrary views to those of the management. As a result, Plaintiff was punished for exercising his freedom of speech in violation of his common law rights as well as his rights under the Texas and federal constitutions.

### VII.

## PUNITIVE DAMAGES

Defendant **CAMERON COUNTY IRRIGATION DISTRICT NO. 2** did not secure a safe working atmosphere in securing that the pipes would not become loose and easily slide out from where they were being kept, constitutes such gross negligence and such wilful disregard for the rights and safety of Plaintiff, **JOSE M. MARTINEZ** and of the public that punitive damages in an amount large enough to punish Defendant and deter it from such conduct should be assessed.

### VIII.

## RELIEF REQUESTED

Plaintiff is entitled to recover declaratory and injunctive relief, including back pay (wages and benefits), and front pay. Plaintiff has also had to employ an attorney to vindicate his rights

RRP nez
marrinez,jose moPet 1
Plaintiff's Original Petition                    Page -3-

# CERTIFIED COPY

under the law, and seek reasonable and necessary attorneys' fees.  In addition, Plaintiff seeks to recover prejudgment and postjudgment interest, and costs.  All of Plaintiff's claims are within the jurisdictional limits of this Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to cause the Defendant to appear and answer in this Court, and that upon final hearing, the Court grant Plaintiff the following relief:

1. Grant Plaintiff's injunctive relief enjoining the Defendant, its agents, successors, employers, and those acting in concert with them or at their discretion from continuing to abridge the rights of Plaintiffs;

2. Grant Plaintiff's front pay;

3. Grant Plaintiff's back pay and all increments and all other lost benefits;

4. Grant Plaintiff's punitive damages;

5. Grant Plaintiff's compensatory damages;

6. Grant Plaintiff's prejudgment interest; and

7. Grant Plaintiff's reasonable attorney's fees, together with their costs and such other and further relief as appears just and equitable in the circumstances of this case.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile : (956) 412-8282

BY: _____

**RUBEN R. PEÑA**
State Bar No. 15740900
Cameron County I.D. No. 285801

ATTORNEYS FOR PLAINTIFF

# CERTIFIED COPY

## JURY DEMAND

TO THE HONORABLE CLERK OF SAID COURT:

Plaintiff hereby demands a jury trial.

RUBEN R. PEÑA



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 6-19-01
DEPUTY

RRP.nez
marintez.jose moPet 1
Plaintiff's Original Petition                    Page -5-

# CERTIFIED COPY

# EXHIBIT "A"

CutePDF - www.fusica.com



6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr

**CERT IED COPY**

(512) 437-3450
(512) 437-3478  Fax
(888) 452-4778  Toll Free
(512) 371-7473  TTY
(800) 735-2989  Texas Relay

### TEXAS COMMISSION ON HUMAN RIGHTS



### NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:    Jose M. Martinez  vs. Cameron County Irrigation District #2

TCHR Complaint Number:  202A10057-S

EEOC Charge:  360A10015

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.**

The United States Supreme Court has held in <u>Kremer v. Chemical Construction Corporation</u>, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - <u>et seq.</u>

Sincerely,

Katherine A. Antwi
Interim Executive Director

xc:    Respondent

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

# CERTIFIED COPY



*Law Office*
*of*
*Rubén R. Peña P.C.*



FILED _____ O'CLOCK ___
AURORA DE LA GARZA DIST. CLE...

**MAY 2 3 2001**

DISTRICT COURT OF CAMERON COUNTY T...

May 17, 2001

Mrs. Aurora De La Garza
**Cameron County District Clerk**
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas  78523-3570

     Re:   *Jose M. Martinez v. Cameron County Irrigation District No. 2*

Dear Mrs. De La Garza:

     Enclosed, for filing, please find the original and a copy of the first page of **Plaintiff Jose M. Martinez' Original Petition** regarding the above-referenced matter.  Please return the copy with your "file" mark stamped on it in the enclosed envelope.  Also enclosed please find our firm check in the amount of $253.00 for filing fees, issuance and service of citation by the sheriff's department, and jury fee.

     The Defendant may be served at the address indicated on Plaintiff's Original Petition.

     Thank you for your assistance.  With kindest regards, I remain

          Very truly yours,

          **LAW OFFICES OF RUBEN R. PEÑA, P.C.**

          BY:_____

             RUBEN R. PEÑA

RRP:nez
Enclosures

# CERTIFIED COPY

Citation for Personal ᴸ ᵉᵛice - GENERAL _____     Li. Seq. # 5.002.01

## No. 2001-05-002449-B

ORIGINAL

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CAMERON COUNTY IRRIGATION DISTRICT NO.2
    BY SERVING ITS MANAGER
    SONIA KANIGER
    216 S. SAM HOUSTON
    SAN BENITO,TEXAS 78586

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION _____

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on MAY 23, 2001 . A copy of same accompanies this citation.

The file number of said suit being No. 2001-05-002449-B.

The style of the case is:

JOSE M. MARTINEZ
VS.
CAMERON COUNTY IRRIGATION DISTRICT NO.2

Said petition was filed in said court by _____ HON. RUBEN R. PENA _____
(Attorney for _____ PLAINTIFF _____ ), whose address is
P.O. BOX 530160 HARLINGEN, TEXAS 78550 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 24th day of _____ MAY _____ , A.D. 2001.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By _____ , Deputy
Eloisa Guerrero

# CERTIFIED COPY
# DENTON & NAVARRO
### A Professional Corporation
### ATTORNEYS AND COUNSELORS

| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
|---|---|---|
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS  78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | firm@dmnrgv.com | |

June 18, 2001

Mrs. Aurora De La Garza                                           **By PDQ Delivery**
Office of the Cameron County District Clerk
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

        Re:  *Jose Martinez vs. Cameron County Irrigation Dist.#2*
             Cause No. 2001-05-2449-B
             (138th Judicial District Court, Cameron County, Texas)

Dear Mrs. De La Garza:

        I am sending the following document for filing:

        (1) Original Answer of Defendant Cameron County Irrigation
District #2 to Plaintiff Jose Martinez' Original Petition.

        I am also sending you an additional copy which I would
appreciate your file stamping and returning same in the self-
addressed, self-stamped envelope.

        Thank you for your kind attention to this matter.

                        Very truly yours,

                        *Norma G. Delgado*
                        Norma G. Delgado
                        Legal Assistant to Ric J. Navarro

Cy:  Mr. Ruben Pena
r:\MartinezJ\distclerk.006

# CERTIFIED COPY

## NO. 2001-05-2449-B

JOSE MARTINEZ       *      IN THE DISTRICT COURT

     Plaintiffs       *

VS.       *      138ᵀᴴ JUDICIAL DISTRICT

CAMERON COUNTY       *
IRRIGATION DISTRICT #2       *
     Defendant       *      CAMERON COUNTY, TEXAS

**FILED** _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
JUN 1 8 2001
District Court of Cameron County, Texas
DEPUTY

## ORIGINAL ANSWER OF DEFENDANT CCID#2
## TO PLAINTIFF JOSE MARTINEZ' ORIGINAL PETITION

May It Please The Court:

NOW COMES DEFENDANT, CAMERON COUNTY IRRIGATION DISTRICT NO. 2 (hereafter "CCID#2"), and files this Original Answer to Plaintiff Jose Martinez' Original Petition.

### I.
### GENERAL DENIAL

DEFENDANT CCID#2 generally denies all material allegations contained in Plaintiff's Original Petition and calls upon Plaintiff to prove his allegations by a preponderance of the evidence as required by the laws of the State of Texas.

### II.
### AFFIRMATIVE DEFENSES

**Sovereign Immunity**

DEFENDANT CCID#2 hereby asserts the affirmative defense of sovereign and governmental immunity from any and all state or common law causes of action asserted by Plaintiff. In this regard,

Original Answer of CCID#2 To Plaintiff
Jose Martinez' Original Petition

# CERTIFIED COPY

CCID#2 pleads the limitations, exclusions and provisions available to it under Texas law, whether based on statute or on common law.

**Limitations**

DEFENDANT CCID#2 also hereby asserts the affirmative defense of limitations from any statutory or common law causes of action asserted by Plaintiff, including any administrative limitations periods applicable to Plaintiff's claims, with particular regard to the claim brought pursuant to Chapter 21, Texas Labor Code.

**Notice Requirements**

DEFENDANT CCID#2 also hereby pleads as a defense, Plaintiff's failure to timely satisfy any and all applicable notice or other filing requirements imposed by law as a precondition to the Court's exercise of jurisdiction over this matter and the imposition of any liability.

**Administrative Limitations**

DEFENDANT CCID#2 also hereby pleads as a defense, Plaintiff's failure to timely satisfy any and all applicable administrative filing requirements imposed by law as a precondition to the Court's exercise of jurisdiction over this matter and the imposition of any liability, with particular regard to the claim brought pursuant to Chapter 21, Texas Labor Code.

**Exhaustion**

DEFENDANT CCID#2 also hereby pleads as a defense, Plaintiff's failure to timely exhaust any and all administrative filing

Original Answer of CCID#2 To Plaintiff
Jose Martinez' Original Petition                                          Page 2

# CERTIFIED COPY

requirements imposed by law as a precondition to the Court's exercise of jurisdiction over this matter and the imposition of any liability.

## Statutory Caps

DEFENDANT CCID#2 also hereby asserts as a defense the statutory caps on damages to which it is entitled under Texas law. The TOWN does not waive any immunity beyond the statutory caps allowed for under Texas law, with particular regard to the claim brought pursuant to Chapter 21, Texas Labor Code.

## Failure to Mitigate

DEFENDANT CCID#2 hereby asserts as a defense to claims of lost pay and or damages, Plaintiff's failure to mitigate the loss of pay and/or damages allegedly suffered.

## CONCLUSION

THEREFORE, based on the foregoing general denial, as well as the affirmative defenses pleaded against Plaintiff's claims, DEFENDANT CCID#2 prays that upon final hearing of this case Plaintiff take nothing by this suit and that all relief sought by Plaintiff be denied. DEFENDANT further prays that it be awarded such other and further relief, at law or in equity, to which it may show itself justly entitled.

SIGNED on the __18th__ day of June, 2001.

Original Answer of CCID#2 To Plaintiff
Jose Martinez' Original Petition                                    Page 3

# CERTIFIED COPY

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
222 E. Van Buren #405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100

By: _____
MAURO F. RUIZ
State Bar No. 24007960

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 18th day of June, 2001.

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA, P.C.
222 W. Harrison
P.O. Box 530160
Harlingen, Texas 78550
COUNSEL FOR PLAINTIFF

_____
RICARDO J. NAVARRO

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 6-19-01
BY_____
DEPUTY

r:\martinezjose\answer.1st

Original Answer of CCID#2 To Plaintiff
Jose Martinez' Original Petition                    Page 4

```
RUN DATE 06/19/01                                                    PAGE: 01
RUN TIME  9:20 AM                                        2001-05-002449-B

    *    *    *    *    C L E R K ' S   E N T R I E S   *    *    *    *

                                                         05   23   01

                      00285801                              30.00
                      HON. RUBEN R. PENA
                      P.O. BOX 530160                    (10)   DAMAGES
                      HARLINGEN, TEXAS  78550 0000

JOSE M. MARTINEZ                                           LAW OFFICES
                                                    OF RUBEN R. PENA, P
      VS

CAMERON COUNTY IRRIGATION DISTRICT NO.2

                      05/23/01  ORIGINAL PETITION FILED
                      05/23/01  JURY FEE: Pd. by HON. RUBEN R. PENA
                      05/24/01  CITATION: CAMERON COUNTY IRRIGATION
                                DISTRICT NO.2
                      05/24/01     SERVED: 05/29/01    FILED: 05/31/01
```

I, AURORA DE LA GARZA, CLERK
OF THE DISTRICT COURT CAMERON COUNTY, TEXAS
CERTIFY THIS TO BE A TRUE COPY I CERTIFY
DATE 6-19-01
BY _____ DEPUTY

DISTRICT COURT ★ CAMERON COUNTY, TEXAS

CERTIFIED COPY

**INDEX OF EXHIBITS FILED IN SUPPORT OF REMOVAL NOTICE**

A.   Plaintiff's Original Petition, containing federally based pleadings;

B.   Citation and Service of Process on Defendant CCID#2;

C.   State Court Docket Sheet;

D.   Notice of Removal filed in state district court;

E.   Complete certified copy of all pleadings, answers, and other papers contained in state district court's file;

**END OF INDEX TO EXHIBITS**

r:\martinezjose\removal.fed

Defendant CCID#2's Notice of Removal                    Page 6

CutePDF - www.tessio.com