2

```
              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE MARTINEZ § | |
|     Plaintiff § | |
| § | Cause No.: **B-01-107** |
| vs. § | |
| § | |
| CAMERON COUNTY IRRIGATION § | |
| DISTRICT NO. 2. § | |
| § | |

**DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT NO. 2'S
CERTIFICATE OF INTERESTED PARTIES & COUNSEL OF RECORD**

---

May It Please the Court:

    NOW COMES, the CAMERON COUNTY IRRIGATION DISTRICT NO. 2., DEFENDANT (hereafter "DEFENDANT CCID#2" or "CCID#2") and hereby certifies, as part of its Notice of Removal this certificate of interested parties and counsel of record:

Jose Martinez
1615 Highway 77, Lot #210
San Benito, Texas 78586
**Plaintiff**

RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
Associate Attorney
State Bar No. 24007960
So.Dist. ID No. 23774
DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550

Defendant CCID#2's Certificate of
Interested Parties & Counsel of Record                                    Page 1

956/421-4904
956/421-3621 (fax)
**COUNSEL FOR DEFENDANT**

SIGNED on this 21st day of June, 2001.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been sent by regular U.S. Mail unless otherwise indicated, to the persons listed below on the 21st day of June, 2001.

Mr. Ruben Pena                    **Via CMRRR No. 7000 1670 0013 4633 9600**
LAW OFFICES OF RUBEN PENA
222 W. Harrison
Harlingen, Texas 78550

_____
RICARDO J. NAVARRO
MAURO F. RUIZ

Defendant CCID#2's Certificate of
Interested Parties & Counsel of Record                              Page 2