4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE MARTINEZ | § | |
| | § | |
| VS. | § | B-01-107 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Martinez, by and through his undersigned attorney, and file this, and in accordance with the Court's Order of June 22, 2001, hereby files his list of financially interested parties to this litigation:

1. Jose Martinez
2. Cameron County Irrigation District #2

WHEREFORE, Plaintiff Jose Martinez, hereby prays that the Court take notice of this filing. Additionally, Plaintiff Jose Martinez, prays for such other and further relief, at law or in equity, to which he may be justly entitled to receive.

DISCLOSURE OF INTERESTED PARTIES
RRP:nez
martinez, joserenedisc.Int.Parties

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
    RUBEN R. PEÑA
    Federal I.D. No. 1216
    State Bar No. 15740900

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the _13_ day of July, 2001, to:

Ric J. Navarro
Denton & Navarro
222 East Van Buren, Suite 405
Harlingen, Texas 78550

_____
RUBEN R. PEÑA

DISCLOSURE OF INTERESTED PARTIES
RRP:nez
martinez, joserenedisc.Int.Parties    Page -2-