

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. <u>B-01-107</u> | DATE & TIME: <u>08-21-01 AT 1:30 P.M.</u> |
| <u>JOSE MARTINEZ</u> | PLAINTIFF(S) <u>RUBEN PENA</u><br>COUNSEL |
| VS. | |
| <u>CAMERON COUNTY IRRIGATION</u> | DEFENDANT(S) <u>RICARDO NAVARRO</u><br>COUNSEL |

---

Attorneys Ruben Pena and Mauro Ruiz appeared in chambers.

Parties have agreed to consolidate this file with C.A. B-01-076.  An order of consolidation will be filed.